**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01617-CR

### JESSE LEE AUSTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-82407-2013

## ORDER

The Court **GRANTS** appellant's July 1, 2014 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Clerk to file the brief tendered as of the date of this order.

/s/ DAVID EVANS
   JUSTICE